THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMELINE F. CLYDE, Appellant, *v.* JAMES A. WENDELL, as Comptroller of the State of New York, Respondent.

*Tax — personal income tax — income from mortgages on which mortgage tax has been paid and income from secured debts upon which secured debt tax has been paid properly included in assessing personal income tax.*

*People ex rel. Clyde* v. *Wendell,* 197 App. Div. 913, affirmed.
(Argued November 22, 1921; decided December 6, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1921, which confirmed on certiorari a determination of the state comptroller assessing an additional income tax upon the relator for the year 1919. The relator in making the return of her income for the taxable year 1919 did not include in such income certain interest received from mortgage bonds, with respect to which the mortgage recording tax had been paid as prescribed by article XI of the Tax Law, commonly known as the Mortgage Recording Tax Law, the amount of income thus received and not originally returned being $26,458.34. The relator had likewise received, but did not originally return, income in the sum of $32,478.29, as interest upon obligations defined as " secured debts " by the Tax Law, as amended by chapter 802 of the Laws of 1911, and as to which the secured debt tax, so called, had duly been paid in accordance with that chapter. Subsequently the relator was notified by the state comptroller that the income from both mortgages and secured debts was taxable and was required to pay the additional tax with respect to both the items of income above referred to.

*Arthur E. Goddard* and *Edgar M. Cullen* for appellant.
*Charles D. Newton, Attorney-General (James S. Y. Ivins* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.